No. 74–474. CONKLIN *v.* CALIFORNIA. Appeal from Sup. Ct. Cal. dismissed for want of substantial federal question. 